# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **RED OAK CAPITAL FUND II, LLC,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**TUGLIFE MARINE, LLC, GLOBAL MARINE, LLC,** )<br>**AND STANLEY HEDRINGTON,**  )<br>)<br>**Defendants.**  ) | Case No. 3:21-cv-0068 |

## DEFICIENCY JUDGMENT

Before the court is a Second Motion by Plaintiff RED OAK CAPITAL FUND II, LLC requesting entry of a deficiency judgment against TUGLIFE MARINE, LLC, STANLEY HEDRINGTON, and GLOBAL MARINE, LLC, jointly and severally, arising from the United States Marshal's sale held on June 15, 2023, in execution of this Court's Judgment [ECF 27] foreclosing Plaintiff's mortgage lien interest against real property ("Property") known as Parcel Nos. 8, 9, 9A, 16A, 32, 38A Estate Contant, 7A New Quarter, St. Thomas, U.S. Virgin Islands.

The Order Confirming Sale [ECF 49] approved and confirmed the Marshal's sale of the Property to third-party purchaser Nael Salem. In confirming the Marshal's sale, the Order also concluded that, after application of the sale proceeds to the outstanding judgment debt, there remained a post-sale deficiency of $1,375,335.52 owed by the Defendants jointly and severally. *See id*. The Order further held that Plaintiff is entitled to a judgment for this deficiency, as provided by the Judgement. *See id.*

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion, ECF No. 57, is **GRANTED**; and

*Red Oak Capital Fund II, LLC v. Tuglife Marine, LLC*
Case No. 3:21-cv-0068
Deficiency Judgment
Page **2** of **2**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to 28 V.I.C. § 534(c), a judgment of deficiency is hereby ENTERED against Defendants Tuglife Marine, LLC, Stanley Hedrington, and Global Marine, LLC, jointly and severally, in the amount of **$1,375,335.52**, plus interest accrued and accruing from June 15, 2023, at the federal statutory post-judgment interest rate of 2.86% per annum until this Judgment is satisfied; and it is further

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Red Oak shall have any and all writs necessary to execute the terms of this Judgment; and it is further

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that copies of this Judgment shall be directed to the counsel of record and shall be served by the United States Marshal on Defendants Tuglife Marine, LLC, Stanley Hedrington, and Global Marine, LLC.

**Dated:** January 19, 2024                                         */s/ Robert A. Molloy*
                                                                                           **ROBERT A. MOLLOY**
                                                                                           **Chief Judge**